DAVID F. O'CONNOR, Respondent, *v.* SEWANNEE M. STEVENSON et al., Appellants.

*O'Connor* v. *Stevenson*, 49 App. Div. 630, appeal dismissed.
(Argued June 4, 1900; decided June 12, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 12, 1900, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the grounds that the Appellate Division has unanimously decided that the verdict of the jury is supported by the evidence, and that the exceptions raise no question of law which can be reviewed by this court.

*Luther W. Emerson* for motion.

*William G. McCrea* opposed.

Motion granted and appeal dismissed, with costs.